# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIM LEFEVER, | : |
| **Plaintiff,** | : |
| v. | : Case No.: 5:21-cv-03466 |
| EVE ENVIRONMENTAL SERVICES, INC. d/b/a C.E. PONTZ SONS, INC. | : |
| | : **COMPLAINT IN CIVIL ACTION** |
| **Defendant.** | : |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

On consent of the parties and counsel, kindly dismiss the above-captioned case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(ii). Each party is to bear its own fees and costs.

| | |
|---|---|
| **J.P. WARD & ASSOCIATES, LLC** | **SUSANIN, WIDMAN & BRENNAN, P.C.** |
| /s/ Joshua P. Ward | /s/ Jennifer S. Abrams |
| Joshua P. Ward, Esquire | Jennifer S. Abrams, Esquire |
| Counsel for Plaintiff | Counsel for Defendant |
| J.P. Ward & Associates, LLC | Susanin, Widman & Brennan, P.C. |
| 201 South Highland Avenue, Suite 201 | 1001 Old Cassatt Road, Suite 306 |
| Pittsburgh, PA 15206 | Berwyn, PA 19132 |
| (412) 545-3015 | (484) 329-6859 |
| (412) 545-3399 (fax) | |
| jward@jpward.com | jabrams@swbcounsellors.com |